# UNITED STATES BANKRUPTCY COURT

Eastern District of Wisconsin

In re Mark E. Klumb                          ,                    Case No. 11-21510

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Landmark Asset Receivables Mgt. LLC                HFC
Name of Transferee                                      Name of Transferor

Name and Address where notices to transferee        Court Claim # (if known): ____5____
should be sent:                                      Amount of Claim:    $12,665.52
  c/o Green Tree Servicing LLC., 7340 S.             Date Claim Filed:    03/30/2011
  Kyrene Rd. Tempe,Az. 85283

Phone: 877-256-4871                                  Phone: _____
Last Four Digits of Acct #: ____5331____            Last Four Digits of Acct. #: ____5748____

Name and Address where transferee payments
should be sent (if different from above):
  Green Tree Servicing LLC., PO BOX 0049
  Palatine,IL. 60055-0049

Phone: 877-256-4871
Last Four Digits of Acct #:____5331____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Monica Luna                          Date: 03/02/2015
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

 **green tree**



7/25/2014

Green Tree Servicing LLC
7360 South Kyrene Rd.
Tempe, AZ 85283-4583

██████████████████████████
MARK E KLUMB
201 S JUDGE DR
SAUKVILLE WI 53080-1835

**IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS ACCOUNT WAS DISCHARGED IN BANKRUPTCY, THIS NOTICE IS INFORMATIONAL ONLY. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY GREEN TREE IS AT YOUR DISCRETION.**

RE: **Green Tree Servicing LLC ("Green Tree") New Account Number:** ███**5331**
   **Household Finance Corporation III Account No.:** ████████**5748**



The servicing of your loan is being transferred from Household Finance Corporation III to Green Tree on 6/16/2014. We are pleased to welcome you to Green Tree. The servicing transfer does not affect your account terms and conditions, other than those related to the servicing of your account.

**Payment Processing:**

Account Payment Address:

**Green Tree**
**PO Box 94710**
**Palatine, IL 60094-4710**

If you currently have future dated Pay By Phone payment(s) set up with Household Finance Corporation III, these transactions were canceled upon transfer of servicing to Green Tree. If you would like to set up future Pay by Phone payments with Green Tree, please contact our Customer Service Department at 1-800-643-0202.

**IMPORTANT INFORMATION FOR CUSTOMERS PAYING BY CHECK**

**By sending a personal check, please be aware that you are authorizing Green Tree to use information on this account to make a one-time electronic debit to the account at the financial institution indicated on the check. This electronic debit will be for the amount on your check and no additional amount will be debited. Please be aware this bank account may be debited the same day we receive the check.**

Conversion Welcome Letter, 05/15/2014

LTR-50110

<table>
<tr><td valign="top">

**Advantages:**
- By processing the check electronically, the payment will be more efficient and environmentally friendly.
- This is not an automatic payment program. The check is still needed to process the payment, so you control the timing of the payment by mailing in a check.

</td><td valign="top">

**What this means to you:**
- The payment will no longer appear as a cleared check on the account statement. Instead, it will appear as an electronic debit.
- You will not receive your check back from your financial institution.
- We will retain a copy of the check if you need it for research purposes.

</td></tr>
</table>

**If you have any questions or concerns, please call us toll-free at 1-800-643-0202**

The mortgagee clause of your homeowners insurance policy, and if applicable your flood insurance policy, needs to be updated to reflect Green Tree Servicing LLC as a loss payee. Please have your insurance agent update your policy with the below-referenced information. If your account or line of credit is in a second lien position, in addition to the mortgagee clause below, your policy should also still have a separate mortgagee clause for the lender in the first lien position. Proof of insurance can be faxed to 1-866-263-8962 or mailed to Green Tree Servicing LLC at the following address:

Green Tree Servicing LLC
Its affiliates and/or assigns
PO Box 979282
Miami, FL 33197-9282

**Customer Service:**

Any questions, complaints or inquiries, please contact us at the below-referenced address or call Green Tree at 1-866-270-3285, from 6:00 a.m. to 7:00 p.m. MST, Monday through Thursday, or 6:00 a.m. to 12:00 p.m. MST, Friday and Saturday. You can also access our website at GTServicing.com 24 hours a day. The website allows convenient, secure access to your basic account information, and allows you to make payments on your account, obtain payoff quotes and insurance information. The website will be available to you shortly after the servicing transfer day. You may also contact Green Tree by writing to us at the following address:

Green Tree
PO Box 6172
Rapid City, SD 57709-6172

Respectfully,

Green Tree

Fair and Accurate Credit Transactions Act Notice - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Conversion Welcome Letter, 05/15/2014                                                                 LTR-50110